The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINECO INTELLIGENT TECHNOLOGY CO., LTD., TEK (HONG KONG) SCIENCE & TECHNOLOGY LIMITED, and TINECO INTELLIGENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BISSELL INC. and BISSELL HOMECARE, INC.,<br><br>Defendants. | CASE NO. 2:22-cv-00297-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY<br><br>PATENT CASES |

This matter came before the Court on a Stipulated Motion to Stay filed by Plaintiffs Tineco Intelligent Technology Co., Ltd, TEK (Hong Kong) Science & Technology Limited, and Tineco Intelligent, Inc. (collectively "Tineco") and Defendants BISSELL Inc. and BISSELL Homecare, Inc. (collectively "BISSELL") (together, with Tineco, the "parties"). The Court considered the parties' Stipulated Motion and in all things being fully advised, now, therefore, FINDS AS FOLLOWS:

1. This Court has the authority and inherent power to manage its docket and stay proceedings.

2. A stay of this proceeding, pending the issuance of the Final Determination by the U.S. International Trade Commission ("ITC") in the investigation titled Certain

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY (NO. 2:22-cv-00297-TL) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1 | Wet Dry Surface Cleaning Devices, Inv. No. 337-TA-1304 ("ITC Proceeding")
2 | would serve party and judicial efficiency and economy.
3 | WHEREFORE, the Court ORDERS that the Stipulated Motion is GRANTED as follows:
4 | A. This action is STAYED pending issuance by the ITC of the Final Determination
5 | in the ITC Proceeding; and
6 | B. The parties shall file a joint status report within seven calendar days of the ITC's
7 | issuance of the Final Determination in the ITC Proceeding.
8 | IT IS SO ORDERED.
9 | DATED this 29th day of April, 2022

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY (NO. 2:22-cv-00297-TL) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000